STATE of Missouri, Respondent,

v.

William C. RINGENBERG, Appellant.

William C. RINGENBERG, Appellant,

v.

STATE of Missouri, Respondent.

Nos. WD 45371, WD 47330.

Missouri Court of Appeals,
Western District.

Dec. 7, 1993.

Stuart Kahn, Kansas City, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., F. Martin Dajani, Asst. Atty. Gen., Jefferson City, for respondent.

Before TURNAGE, C.J., and ULRICH and ELLIS, JJ.

## ORDER

PER CURIAM:

Appeal from judgment of conviction for unlawful use of a weapon, § 571.030, RSMo 1986.

Appeal from judgment denying relief under Rule 29.15.

The judgments are affirmed. Rules 30.-25(b) and 84.16(b).